UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCIO GLADYS VILLARREAL OBREGON and F.S.V.V.,<br><br>                    Petitioners,<br><br>-against-<br><br>LADEON FRANCIS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, U.S. Attorney General; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                    Respondents. | No. 25 Civ. 9465 (KPF)<br><br>**ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION** |

KATHERINE POLK FAILLA, District Judge:

Petitioners Rocio Gladys Villarreal Obregon ("Obregon"), and her minor child, F.S.V.V., bring this petition for a writ of habeas corpus by their Next Friend, Eduardo Fabian Arias, who is proceeding *pro se*. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Obregon nor Arias filed an IFP application or paid the $5.00 fee.

Accordingly, on or before **December 15, 2025**, Obregon or Arias must pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 25-CV-9465 (KPF). If the Court grants the IFP application, this action will proceed without the prepayment of fees. See 28 U.S.C. § 1915(a)(1).

If Obregon or Arias fail to comply with this order within the time allowed, and do not request additional time to respond, the Court will dismiss this action.

Arias may receive court documents by email by completing the form, Consent to Electronic Service.[2]

Because, at this time, the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

---

[1] An IFP application form is attached to this order.

[2] Attached to this order are relevant instructions and the Consent to Electronic Service form. If Arias consents to receive documents by email, Arias will no longer receive court documents by regular mail.

The Court directs the Clerk of Court to mail a copy of this order to Eduardo Fabian Arias at the address listed on the docket sheet for this action.

SO ORDERED.

Dated: November 14, 2025
      New York, New York

                                     KATHERINE POLK FAILLA
                                     United States District Judge

3