UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCIO GLADYS VILLARREAL OBREGON and F.S.V.V.,<br><br>                              Petitioners,<br><br>                -v.-<br><br>LADEON FRANCIS, *Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, *U.S. Attorney General*; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                              Respondents. | 25 Civ. 9465 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Petitioners Rocio Gladys Villarreal Obregon and her 14-year-old daughter, F.S.V.V. bring a petition for a writ of habeas corpus seeking relief for immigration detention.  The Petition was filed on Petitioners' behalf by Eduardo Fabian Arias, a Next Friend, on November 12, 2025.  (Dkt. #1).

The Court, having examined the petition in this action, hereby ORDERS that:

(i)   On or before **November 19, 2025**, the Government an opposition as to why this petition for a writ of *habeas corpus* should not be granted.

(ii)  Petitioners shall have the opportunity to reply on or before **November 26, 2025**.

(iii) The parties shall appear for a conference regarding the petition on **December 2, 2025**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioners at this hearing.

(iv) Petitioners shall not be removed from the United States without an order by this Court allowing such removal. See, e.g., *M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(v) Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey, in light of Petitioner's interests in participating in further proceedings before this Court and maintaining adequate access to legal counsel throughout these proceedings. See *Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).

(vi)   The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

(vii)  The Clerk of Court shall mail a copy of this Order to Petitioners' Next Friend.  Petitioner's next friend may receive court documents by email by completing the form, Consent to Electronic Service.

SO ORDERED.

Dated:   November 14, 2025
         New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge

3