UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROCIO GLADYS VILLARREAL OBREGON and
F.S.V.V.,

                        Petitioners,

      -against-                                                       25 **CIVIL** 9465 (KPF)

## **JUDGMENT**

LADEON FRANCIS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, U.S. Attorney General; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

                        Respondents.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2025, Ms. Villarreal Obregon and her daughter's Petition in this action is GRANTED for the reasons set forth on the record in the October 22, 2025 conference in Ortiz-Lopez. (See Ortiz-Lopez Dkt. #15). Respondents are ORDERED to, with the help of United States Immigration and Customs Enforcement, transport Petitioners back to the Southern District of New York by November 24, 2025, and immediately upon effectuating his transfer, to release Petitioners from custody. See Lopez Benitez v. Francis, F. Supp. 3d, No. 25 Civ. 5937 (DEH), 2025 WL 2371588, at *15 (S.D.N.Y. Aug. 13, 2025). Respondents may impose only the restraints on Petitioners' liberty that existed prior to their re-detention on November 12, 2025; accordingly, the case is closed.

**Dated:**  New York, New York

         November 24, 2025

                                                       **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                          **BY:**                        *K. Mango*

                                                          **Deputy Clerk**