UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCIO GLADYS VILLARREAL OBREGON and F.S.V.V., <br><br> Petitioners, <br><br> -v.- <br><br> LADEON FRANCIS, *Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, *U.S. Attorney General*; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW <br><br> Respondents. | 25 Civ. 9465 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 20, 2025, the Court issued an Order granting the petition for a writ of habeas corpus filed by Petitioners Rocio Gladys Villarreal Obregon and her 14-year-old daughter, F.S.V.V. (Dkt. #12). In the Order, the Court directed Respondents (i) to release Petitioners from detention, imposing only the restraints on Petitioners' liberty that existed prior to their re-detention, and (ii) to certify compliance with the Order. (*Id.* at 2). In addition, the Court invited Petitioners to request a modification of the Court's Order to include additional relief that would help ensure that Petitioners' rights are not violated in a similar manner in the future. (*Id.* at 2 n.1).

On November 24, 2025, Petitioners certified compliance with the Order, indicating that Petitioners have been released. (Dkt. #14). Then, on November

26, 2025, Petitioners filed a letter arguing that the Court should provide additional relief. (Dkt. #15).

After reviewing Petitioners' submission, as well as Respondents' earlier statements about their position on the matter (*see* Dkt. #10 at 5), the Court supplements its November 20, 2025 Order with the following directives:

Respondents are ENJOINED from re-detaining Petitioners without a valid exercise of discretion under 8 U.S.C. § 1226(a). Respondents are further ENJOINED, absent an additional Court Order, from denying bond to Petitioners in any subsequent proceeding on the basis that they must be detained pursuant to 8 U.S.C. § 1225(b). It is further ORDERED that if Petitioners are granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). *See Rueda Torres* v. *Francis*, No. 25 Civ. 8408 (DEH), 2025 WL 3168759, at *6 (S.D.N.Y. Nov. 13, 2025).

SO ORDERED.

Dated:   December 2, 2025
         New York, New York

KATHERINE POLK FAILLA
United States District Judge

2